CLOSED,INTERP,SEALED

# U.S. District Court
# Eastern District of Kentucky (Lexington)
# CRIMINAL DOCKET FOR CASE #: 5:23−mj−05282−MAS All Defendants
# *SEALED*
*Internal Use Only*

Case title: USA v. SEALED

Date Filed: 08/07/2023

Other court case number: 4:23−cr−218 Southern District of Texas (Houston)

Date Terminated: 08/08/2023

Assigned to: Magistrate Judge Matthew A. Stinnett

**Defendant (1)**

**Hardik Jayantilal Patel**  represented by  **Douglas Glenn Benge**
*Gujarati Interpreter Required*          Cessna and Benge
*TERMINATED: 08/08/2023*                 203 S. Main Street
*also known as*                          London, KY 40741−1906
Erik                                     606−878−2500
*TERMINATED: 08/08/2023*                 Fax: 606−864−5291
*also known as*                          Email: doug@cessnabenge.com
Mitesh                                   *LEAD ATTORNEY*
*TERMINATED: 08/08/2023*                 *ATTORNEY TO BE NOTICED*
*also known as*                          *Designation: Retained*
Nick
*TERMINATED: 08/08/2023*                 **Pam Ledgewood**
*also known as*                          271 W. Short Street
Dev                                      Suite 403
*TERMINATED: 08/08/2023*                 Lexington, KY 40507
                                         859−233−7323
                                         Fax: 859−233−7323
                                         Email: ledgewood.pam@gmail.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: CJA Appointment*

**Pending Counts**                       **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                    **Disposition**

1