UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
DIVISION AT

Eastern District of Kentucky
**FILED**

AUG 08 2023

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## OATH TO INTERPRETER

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

_____
INTERPRETER

_____C. T. VYAS_____
(Print Name)

Subscribed and sworn to before me this __8__ day of __August__, 20__

ROBERT R. CARR, CLERK

BY: _____

Date of Service: 08/08/2023
Language: GUJARATI

Case No: 5:23-mj-5282    USA    v. Patel
Proceeding: IA/Removal    Judge: Stinnett    Start Time: 3 PM

Case No: _____    _____ v. _____
Proceeding: _____    Judge: _____    Start Time: _____

Case No: _____    _____ v. _____
Proceeding: _____    Judge: _____    Start Time: _____

4