# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:23-CR-218** |
| | § | |
| **HARDIK JAYANTILAL PATEL** | § | |

## ATTACHMENT FILE UNDER SEAL