United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA     §
                             §
V.                           §     Criminal Case No.: H-23-218-1
                             §
HARKIK JAYANTILAL PATEL      §

## ORDER RESETTING PSI DEADLINES

Pending before the Court is Defendant Hardik Patel's Unopposed Motion to Extend

Sentencing Date and All Related Deadlines (Doc. No. 54).  The Court GRANTS the motion and

enters the following new deadlines:

1.     The investigation and preparation of the pre-sentence report
       be completed by                                                      **April 12, 2024**

2.     Counsel shall file objections in writing to the report (including
       the alleged  facts of the offense and applicability to the sentencing
       guidelines) by                                                       **April 26, 2024**
       If there is no objection, likewise a statement signed by Counsel
       and the Defendant shall be filed.

3.     After further investigation, the pre-sentence officer shall submit
       a final report by                                                    **May 10, 2024**

4.     This case is set for sentencing at **8:30 AM** on                     **May 20, 2024**
       before United States District Judge Andrew S. Hanen.

Signed on January ___30___ , 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE